UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>*Defendant*. | Civil Action No. 25-2857 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order dated December 23, 2025, Plaintiff American Oversight and Defendant Federal Housing Finance Agency report to the Court as follows regarding the status of the request at issue in this Freedom of Information Act ("FOIA") matter.

1. This action was filed on August 26, 2025, concerning a FOIA request to Defendant dated June 12, 2025. As set forth more fully in Exhibit A to the Complaint, which is a copy of the request, the request seeks all responsive records from March 14, 2025 through the date the search is conducted for:

   i. all email communications (including emails, complete email chains, calendar invitations, and attachments thereto) sent by Director Bill Pulte ("Director Pulte") or anyone communicating on his behalf;

   ii. all email communications between Director Pulte and anyone in the White House, excluding initial mailing of news clips or other mass-distribution emails, but including any subsequent communications;

   iii. all email communications between Director Pulte and anyone communicating from an email address ending in @mail.house.gov or containing senate.gov, excluding initial

      mailing of news clips or other mass-distribution emails, but including any subsequent communications;

  iv.  all calendars or calendar entries for Director Pulte, including any calendars maintained on his behalf, whether paper or electronic and whether on government-issued or personal devices, produced in a format that includes all invitees, any notes, and all attachments;

  v.  records reflecting any ethics waivers, waivers of conflict of interest, conflict disclosures, and/or financial disclosures, whether formal or informal, proposed or completed for Director Pulte;

  vi.  all guidance—including directives, instructions, directions, memoranda, policies, procedures, informal email guidance, and/or any other written guidance—issued by Director Pulte; and,

  vii.  all email communications sent by Director Pulte, and/or anyone communicating on his behalf, and containing any of a list of specified terms.

2. <u>Status of the Request and Anticipated Number of Responsive Documents</u>: Defendant states that it has conducted a preliminary search and identified 3608 potentially responsive pages over the time period of the request that would need to be manually reviewed to identify pages actually responsive to the request.

3. <u>Anticipated Date(s) for Release of Documents Requested</u>: Plaintiff's request is currently thirty-sixth in Defendant's queue for review of complex FOIA requests. Defendant does not have a specific date on which Defendant will begin review of the 3608 potentially responsive pages but roughly estimates, based on the number of complex FOIA requests before Plaintiff's in the queue, that review will not begin for at least a year.

4. *Open America* Stay: Defendant does not request an *Open America* stay at the present but reserves the right to do so should it determine that circumstances warrant one.  The parties are working to see if Plaintiff's request can be narrowed.

5. *Vaughn* Index and Dispositive Motions: The parties believe that a *Vaughn* index and dispositive motions are premature at this point.

6. In light of the above, the parties propose that they file another status report in sixty days on March 31, 2026.

Respectfully submitted,

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Xinyu Yang*
Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7225
Xinyu.Yang@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>*Defendant*. | Civil Action No. 25-2857 (TSC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED that the parties shall file a Joint Status Report by March 31, 2026.


SO ORDERED:


_____       _____
Date                                              Tanya S. Chutkan
                                                         United States District Judge

- 2 -