UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

*Plaintiff,*

v.

FEDERAL HOUSING FINANCE AGENCY,

*Defendant.*

Civil Action No. 25-2857 (TSC)

**JOINT STATUS REPORT**

Plaintiff American Oversight and Defendant Federal Housing Finance Agency report to the Court as follows regarding the status of the request at issue in this Freedom of Information Act ("FOIA") matter.[1]

Defendant states that it has conducted a preliminary search and identified 3608 potentially responsive pages over the time period of the request that would need to be manually reviewed to identify pages actually responsive to the request. Plaintiff's request is currently thirty-first in Defendant's queue for review of complex FOIA requests. In light of the above, the parties propose that they file another status report in sixty days on June 1, 2026 (sixty days from today falls on a Saturday, May 30, 2026).

Respectfully submitted,

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Xinyu Yang*

---

[1]     The Court did not issue an order directing the filing of a status report following the parties' last status report. The parties, however, are filing this report consistent with the date proposed in that report for a further status update to the Court.

- 2 -

(202) 873-1741
ben.sparks@americanoversight.org

Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7225

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, <br><br> *Defendant*. | Civil Action No. 25-2857 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED that the parties shall file a Joint Status Report by June 1, 2026.

SO ORDERED:

_____
Date

_____
Tanya S. Chutkan
United States District Judge

- 2 -